# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**GREENWOOD LEFLORE HOSPITAL,**                           **MOVANTS**
**DR. ASA BENNETT, DR. BRUCE NEWELL,**
**DR. CRAIG CLARK, AND DR. RAVI PANDE**

**VS.**                                   **CIVIL ACTION NO.4:17-mc-0001-DMB-JMV**

**TIMOTHY G. O'BRYANT**                                    **RESPONDENT**

**IN RE:**

*TIMOTHY G. O'BRYANT*                                            *PLAINTIFF*

*VS.*                                         *CIVIL ACTION NO. 2016-CV-13203*

*GRAY INSURANCE COMPANY, ENI*
*U.S. OPERATING CO., LONGNECKER,*
*ET AL*                                                  *DEFENDANTS*

_____

## ORDER GRANTING EMERGENCY MOTION TO QUASH
_____

This matter is before the Court on Movant's Emergency Motion to Quash subpoenas. For the reasons set forth in the motion, the Court finds that the Motion to Quash is well taken and should be granted.

THEREFORE the attached subpoenas are HERBY QUASHED. The Court will take up the issue of appropriate sanctions against Attorney Louis R. Koerner, Jr. — due to improper issuance of subpoenas— at an in-person hearing before the undersigned to be noticed for a future date.

SO ORDERED this 19th day of October, 2017.

                                                       /s/ Jane M. Virden_____
                                                       UNITED STATES MAGISTRATE JUDGE